IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY OLSON,

    Plaintiff,

v.                                                                                              No. 13-cv-0724 SMV

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

    Defendant.

## JUDGMENT

    Having granted Plaintiff's Motion to Reverse and Remand Commissioner's Administrative Decision in an order entered concurrently herewith, and pursuant to Federal Rule of Civil Procedure 58,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**